IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

STEPHANIE KNOX-COLBURN                                                 PLAINTIFF

v.                                                     CIVIL ACTION NO. 1:22-cv-00044-SA-DAS

DANIEL HEALTHCARE, INC, and                              DEFENDANTS
JAMES C. HOLLAND

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on March 11, 2022. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 11th day of March, 2022.

                                                            /s/ Sharion Aycock
                                                            UNITED STATES DISTRICT JUDGE