# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

STEPHANIE KNOX-COLBURN                                  PLAINTIFF

V.                                                               NO.    1:22CV44-M-S

DANIEL HEALTHCARE, INC., ET AL.                             DEFENDANTS

## ORDER OF RECUSAL

The above styled and numbered cause was assigned to United States District Judge Michael P. Mills on March 11, 2022. Judge Mills, on his own motion, hereby **RECUSES** himself from this cause.

It is **ORDERED** that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This the 14th day of March 2022.

                                                   **/s/ Michael P. Mills**
                                                   **UNITED STATES DISTRICT JUDGE**
                                                   **NORTHERN DISTRICT OF MISSISSIPPI**