IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**STEPHANIE KNOX-COLBURN**                                                            **PLAINTIFF**

**V.**                                                                              **NO. 1:22-CV-44-DMB-DAS**

**DANIEL HEALTHCARE, INC.;**
**and JAMES C. HOLLAND**                                                     **DEFENDANTS**

## **JUDGMENT**

In accordance with the "Opinion and Order" entered this day, this case is dismissed with prejudice.

**SO ORDERED**, this 24th day of April, 2023.

                                                     **/s/Debra M. Brown**
                                                     **UNITED STATES DISTRICT JUDGE**